Exhibit E

```
UNITED STATES  DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------x           19-MD-2903(GWC)
In Re:  Fisher-Price Rock 'n Play
Sleeper Marketing, Sales Practices,
and Products Liability Litigation

                                         Rochester, New York
                                         December 9, 2019
                                         10:09 a.m.

-----------------------------x
```
**STATUS CONFERENCE**

```
                TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE GEOFFREY W. CRAWFORD
               UNITED STATES DISTRICT JUDGE



FOR PLAINTIFF:        WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
                      BY:  DEMET BASAR, ESQ.
                      BY:  DANIEL TEPPER, ESQ.
                      270 Madison Ave.
                      New York, New York 10016

FOR PLAINTIFF:        CONNORS LLP
                      BY:  KATE G. HOWARD, ESQ.
                      1000 Liberty Building
                      Buffalo, New York 14202


FOR DEFENDANT:        MANATT PHELPS & PHILLIPS LLP
                      BY:  CRAIG JOSEPH de RECAT, ESQ.
                      BY:  ADRIANNE ELIZABETH MARSHACK
                      695 Town Center Drive, 14th Floor
                      Costa Mesa, California 92626

FOR DEFENDANT:        GOLDBERG SEGALLA, LLP
                      BY:  PATRICK B. NAYLON, ESQ.
                      Two State Street, Suite 1200
                      Rochester, New York 14614



COURT REPORTER:       Diane S. Martens, FCRR, RPR
                      Rochester, New York 14614
```

| | | |
|---|---|---|
| 11:24AM | 1 | December 2nd submission to the Court.  So, hopefully that |
| | 2 | suffices. |
| | 3 | **THE COURT:**  What does reasonably accessible sources |
| | 4 | mean? |
| 11:24AM | 5 | **MR. TEPPER:**  Yeah, your Honor.  This ties into some |
| | 6 | of the matters that we spoke earlier in regards to matters 3 |
| | 7 | through 5. |
| | 8 | And what, what we intended when we drafted this |
| | 9 | agenda was we believe that we need some answers about what |
| 11:24AM | 10 | the defendant's document retention policies are; what their |
| | 11 | reasonably accessible records are; how far back can they |
| | 12 | reasonably, without undue cost or burden, search for |
| | 13 | responsive documents.  And we simply have not gotten answers |
| | 14 | to that. |
| 11:25AM | 15 | **MS. MARSHACK:**  Your Honor, this, to us, seems like |
| | 16 | putting the cart before the horse.  We are not in a situation |
| | 17 | where there's any allegation of wrongdoing, spoliation, |
| | 18 | inadequate document production.  We've just begun.  And, so, |
| | 19 | to kind of go into a scorched earth, you know, what, what are |
| 11:25AM | 20 | our document retention policies, where are the documents, how |
| | 21 | far back do they go, that will naturally happen as we're |
| | 22 | producing documents.  And, you know, they end at, let's say, |
| | 23 | 2013 because that's all that our electronic database for when |
| | 24 | our emails go out, that's as far back as it goes.  I don't |
| 11:25AM | 25 | see a need for this discussion now.  It will -- it will |

```
11:25AM    1   happen as it naturally happens.  But to answer questions kind
           2   of in the abstract before there's a problem doesn't, doesn't
           3   seem to serve any purpose.
           4              THE COURT:  Well, it was probably the first
11:26AM    5   question that you had when you got the case and went to meet
           6   with the IT people and kind of figure out the lay of the
           7   land.  That would be sort of early in your preparation.  So
           8   why don't you just tell them.  I mean, it's whatever their
           9   process is.  I'm sure it's a big company.  They've got 50 IT
11:26AM   10   people that think about this all the time and they have a
          11   process.
          12              MS. MARSHACK:  Well, unfortunately, it isn't quite
          13   that easy.
          14              THE COURT:  Right.
11:26AM   15              MS. MARSHACK:  There -- in our discussions, there's
          16   different accessibility issues for different types of
          17   information and so it's a kind of a never-ending inquiry that
          18   we have some answers based on what we've been looking for to
          19   date.  I'm not certain that we have all the answers.
11:26AM   20              THE COURT:  So tell him what you know and what you
          21   don't know and he'll be happy.
          22              MS. MARSHACK:  Okay.
          23              THE COURT:  Okay.
          24              MR. TEPPER:  Thank you, your Honor.
11:27AM   25              THE COURT:  Yep.  A timeline.  How long does it
```