# Exhibit F

UNITED STATES  DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------x        19-MD-2903(GWC)
In Re:  Fisher-Price Rock 'n Play
Sleeper Marketing, Sales Practices,
and Products Liability Litigation

                                     Rochester, New York
                                     December 9, 2019
                                     10:09 a.m.

----------------------------x
**STATUS CONFERENCE**

                    TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE GEOFFREY W. CRAWFORD
                 UNITED STATES DISTRICT JUDGE


FOR PLAINTIFF:        WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
                      BY:  DEMET BASAR, ESQ.
                      BY:  DANIEL TEPPER, ESQ.
                      270 Madison Ave.
                      New York, New York 10016

FOR PLAINTIFF:        CONNORS LLP
                      BY:  KATE G. HOWARD, ESQ.
                      1000 Liberty Building
                      Buffalo, New York 14202


FOR DEFENDANT:        MANATT PHELPS & PHILLIPS LLP
                      BY:  CRAIG JOSEPH de RECAT, ESQ.
                      BY:  ADRIANNE ELIZABETH MARSHACK
                      695 Town Center Drive, 14th Floor
                      Costa Mesa, California 92626

FOR DEFENDANT:        GOLDBERG SEGALLA, LLP
                      BY:  PATRICK B. NAYLON, ESQ.
                      Two State Street, Suite 1200
                      Rochester, New York 14614


COURT REPORTER:       Diane S. Martens, FCRR, RPR
                      Rochester, New York 14614

11:28AM   1              THE COURT:  Right.

          2              MR. TEPPER:  The documents that they produced

          3    comprising those 10,000 pages are what has been turned over

          4    to Congress to date and two years worth of communications

11:28AM   5    with the CPSC.  We have not received any documents that are

          6    directly responsive to our specific requests in this case.

          7    So I'm happy to hear that the defendants intend to comply

          8    with the mid-January deadline for producing documents.  But

          9    I'm also concerned that not having received any documents

11:28AM  10    responsive to our discovery requests and not having had any

         11    color about how the documents are even maintained, I hope

         12    they'll comply with it.

         13              THE COURT:  Yeah, they will.

         14              MS. MARSHACK:  Yes.

11:29AM  15              THE COURT:  They, they -- I can tell you they will.

         16              Coordination of discovery with a state wrongful

         17    death cases.  This is sort of the plaintiffs firm talking to

         18    itself, right, because the discovery's in your own cases on

         19    the state side?

11:29AM  20              MS. BASAR:  Your Honor, not quite like that but.

         21              THE COURT:  Okay.

         22              MS. BASAR:  We -- it's just not only our firm, it's

         23    the Pierce Bainbridge firm.  Yes.  I mean, on a certain

         24    level, yes.  Once we get the documents, there's no

11:29AM  25    restriction under the CMO, you know, which says coordinate to