# Exhibit G

# Tepper, Daniel

| | |
|---|---|
| **From:** | Katze, Samantha <SKatze@manatt.com> |
| **Sent:** | Wednesday, January 15, 2020 6:57 PM |
| **To:** | Basar, Demet; Tepper, Daniel; Terrence M. Connors; Katherine G. Howard; McGuire, Kate |
| **Cc:** | de Recat, Craig; Kanny, Matthew; Marshack, Adrianne |
| **Subject:** | In re: Fisher-Price Rock 'n Play Sleeper Marketing, Sales Practices, and Products Liability Litigation, MDL No. 1:19-md-2903 |

Counsel:

On behalf of Defendants Fisher-Price, Inc. and Mattel, Inc. (collectively, "Defendants"), we are producing additional marketing materials.  The documents are Bates stamped FSHR0012783 – FSHR0013048.  We have now produced everything that Defendants agreed to produce in response to Plaintiffs' RFPs, as well as some additional information ordered by the Court in its December 23 Order.  Although certain other information addressed in the Court's December 23 Order has already been produced as part of the production to Congress (for example, drafts of product warnings), we are actively looking for additional responsive information.  This will require additional time, because it requires a search through electronically stored information (for example, communications with regulators in Canada and Australia).  In addition, we are diligently working to collect and produce additional communications with the CPSC as discussed during the December 9, 2019 conference and hope to have those additional documents to you shortly.  The instructions for downloading the production are as follows:

Defendants' production volume FSHR008 can be downloaded through our SFTP site using the credentials below. Please note you must use the free file sharing transfer application FileZilla to access the secure site.  I would suggest forwarding this email to a member of your litigation support department to do the download on your behalf as they are likely very familiar with using FileZilla.  The SFTP credentials are below.  Once downloaded you will need a password to access the encrypted production deliverable.  I will email that password separately.

**SFTP Credentials**:

**Protocol: sftp**
**Host: ftp.review.csdisco.com**
**Port: 22**
**Username: a4e57ac61dd949f298a1b2ac022d1a9c**
**Password: xBX(OkbHDM8{**

**Samantha J. Katze**
Partner

---

**Manatt, Phelps & Phillips, LLP**
7 Times Square
New York, NY  10036
**D** (212) 790-4579   **F** (212) 790-6579

SKatze@manatt.com
manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.