## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

IN RE: FISHER-PRICE ROCK 'N PLAY SLEEPER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

MDL No. 1:19-md-2903

Hon. Geoffrey W. Crawford

This Document Relates To: ALL CASES

### SECOND AMENDED ORDER SETTING REMAINING DATES FOR PROPOSED FINAL CERTIFICATION AND SETTLEMENT APPROVAL

| Event | Proposed Amended Deadline |
|---|---|
| Initial Notice Date | Friday, September 6, 2024 |
| Deadline for Settlement Class Members to File their Objections on the Court's Electronic Docket/Postmark Deadline for Mailed Objections | Monday, February 10, 2025 |
| Deadline for Settlement Class Members to File their Notice of Intent to Appear at Final Approval Hearing (including by their personal attorneys)/Postmark Deadline for Mailed Notices of Intent | Monday, February 10, 2025 |
| Postmark Deadline for Settlement Class Members to Mail their Request for Exclusion to Exclude Themselves (Opt-Out) to Settlement Administrator | Monday, February 10, 2025 |
| Settlement Administrator Shall File the Results of the Dissemination of the Notice with the Court | Friday, February 21, 2025 |
| Plaintiffs' Supplemental Memorandum of Law in Further Support of the Settlement to be Filed with the Court | Friday, February 21, 2025 |
| Plaintiffs' Supplemental Memorandum of Law in Further Support of their Requested Award of Attorneys' Fees and Expenses, and Request for Class Representatives' | Friday, February 21, 2025 |

| | |
|---|---|
| Service Awards to be Filed with the Court | |
| Settlement Administrator Shall File a List of Opt-Outs | Wednesday, February 26, 2025 |
| Final Approval Hearing | Friday, February 28, 2025 at 10 a.m. E.T. United States District Court for the Western District of New York Buffalo, New York |
| Claim Submission Period | September 6, 2024 to May 29, 2025 or 90 days after the Court enters the Final Approval Order and Final Judgment, whichever is later |
| Additional Claims Administration Period | March 31, 2025 to March 31, 2027, or Effective Date of the Settlement to 24 months after the Effective Date, whichever is later |

SO ORDERED.

Dated: 7 January 2025

*/s/* Geoffrey W. Crawford
United States District Judge